UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL WILLIFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC.<br><br>　　　　　Defendant. | Case No. 1:22-cv-01316-CDB<br><br>ORDER HOLDING THE JULY 7, 2023, SANCTIONS ORDER IN ABEYANCE AND REQUIRING THE PARTIES TO SUPPLEMENT THE JULY 7, 2023, MID-DISCOVERY JOINT STATUS CONFERENCE JOINT REPORT<br><br>(Doc. 23) |

On July 7, 2023, the Court issued an order requiring the parties to pay sanctions of $100 per day, to continue until their filing of the mid-discovery status conference joint report, for their failure to follow the Court's orders. *See* (Docs. 19, 22, 23). Pursuant to the Court's scheduling order, the mid-status discovery report requires "Counsel SHALL discuss settlement and certify in the joint status report (1) that they have met/conferred regarding settlement, and (2) proposed dates for convening a settlement conference with an unassigned magistrate judge." (Doc. 19 at 3).

On July 7, 2023, the parties filed a joint mid-discovery status conference report in response to the Court's sanctions order. (Doc. 23). The parties' report states "no fruitful settlement discussions have occurred in this case between the Parties." *Id*. at 5. It is unclear from this representation whether the parties have discussed settlement and, thus, whether the parties are in compliance with the Court's order to do so.

Accordingly, in light of the parties' report and representations, it is HEREBY ORDERED:

1. The July 7, 2023, sanctions order shall be held in ABEYANCE; and

2. Within two-days of entry of this order, the parties shall file a revised mid-discovery status conference report in which they certify they have discussed settlement.

IT IS SO ORDERED.

Dated: **July 11, 2023**

_____
UNITED STATES MAGISTRATE JUDGE