UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL WILLIFORD,<br><br>           Plaintiff,<br><br>      v.<br><br>BMW OF NORTH AMERICA, LLC.<br><br>           Defendant. | Case No. 1:22-cv-01316-CDB<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING BOTH PARTIES TO PAY SANCTION**<br><br>**DEADLINE: JULY 24, 2023**<br><br>(Doc. 23) |

On October 14, 2022, Plaintiff Marisol Williford ("Plaintiff") initiated this action against Defendant BMW of North America, LLC ("Defendant") (hereinafter collectively "the parties"). On February 21, 2023, the Court issued a scheduling order setting a mid-discovery status conference for July 10, 2023. (Doc. 19 at 2-3). Counsel for the parties were ordered to file a joint mid-discovery status conference report no later than one week before the conference (*id.*) but failed to comply with the Court's direction. (Doc. 22). Accordingly, on July 5, 2023, the Court ordered the parties "to immediately review the scheduling order, meet and confer and file the joint report consistent with the scheduling order's directions. (*Id.*). The Court further admonished the parties: "Failure to comply with this order may result in the imposition of sanctions." (*Id.*)

When the parties did not immediately file the required report, on July 7, 2023, the Court issued an order requiring the parties to pay sanctions of $100 per day until the joint mid-discovery

status conference report or alternative report was filed in compliance with the scheduling order and the Court's July 5, 2023 order. (Doc. 23). The Court found a daily sanction should be imposed to compel the parties to comply with its earlier orders. (*Id*.). That same day, the parties filed a mid-discovery status conference joint report. (Doc. 24).

On July 11, 2023, the Court issued an order holding the July 7, 2023, sanctions order in abeyance and requiring the parties to supplement the July 7, 2023, joint mid-discovery status conference report to the extent it was unclear from the parties' representation whether they had discussed settlement. (Doc. 25). That same day, the parties filed a revised report that clarified the parties' settlement efforts. (Doc. 26).

The Court is satisfied the parties recognize the importance of timely and fully abiding by the Court's orders, as evidenced by their prompt response to the Court's order for sanctions. Accordingly, the Court shall discharge the order to show cause and discharge further sanctions and shall impose a $100 sanction based on the Court's order. *See* (Doc. 23 p. 3) ("The parties' filing of the required report on the date of this order will not relieve the parties of the sanction imposed commencing on this date.").

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties each shall pay the Clerk of the Court $100.00 in sanctions no later than July 24, 2023. Each party shall file proof of payment with the Court once payment is made. IT IS FURTHER ORDERED that if such payment and proof of payment is not timely made, additional sanctions of $50.00 per day shall issue from July 24, 2023, until full payment is received;

2. The Court's Order to Show Cause (Doc. 23) is HEREBY DISCHARGED; and

///
///

3. Based on the information contained in the parties' joint mid-discovery status conference report, the Court shall not reset the mid-discovery status conference. The parties are encouraged to continue working diligently to complete all fact discovery before the deadline, September 15, 2023 (Doc. 19).

IT IS SO ORDERED.

Dated:   **July 12, 2023**                                  _____
                                                            UNITED STATES MAGISTRATE JUDGE