UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL WILLIFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>   Defendant. | Case No. 1:22-cv-01316-CDB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(Doc. 42)<br><br>ORDER RETAINING JURISDICTION OVER AND SETTING DEADLINE FOR FILING RE: ATTORNEY'S FEES AND COSTS<br><br><u>Clerk of Court to Terminate Motion as Moot</u><br><br>(Doc. 33) |

   On December 29, 2023, Plaintiff Marisol Williford ("Plaintiff") filed a notice of settlement in which counsel for Plaintiff represented that the parties had settled the matter. (Doc. 36). The following day, the Court directed the parties to file dispositional documents within 21 days of the date of the order. (Doc. 37) (citing Local Rule 160(b)).

   Thereafter the parties requested a 90-day extension of the deadline to file dispositional documents. (Docs. 38-40). By order dated February 26, 2024, the Court determined that the parties' continuing efforts at "finalizing the attorneys' fees, costs, and expenses related to this matter" and "awaiting the settlement check from defendant" did not constitute good cause for further delay. (Doc.

41). Accordingly, the Court ordered the parties to file dispositional documents on or before March 5, 2024. *Id*.

On March 5, 2024, the parties filed a jointly executed stipulation "dismissing this entire action with prejudice while the Court maintains jurisdiction to judicate [*sic*] the matter of attorneys' fees, costs, and expenses upon a motion filed by Plaintiff." (Doc. 42).[1] The parties' stipulation of dismissal comports with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, in light of the parties' representations, it IS HEREBY ORDERED:

1. This action is terminated by operation of law without further order from the Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
2. Pursuant to Local Rule 293, any stipulated or opposed motion for the award of attorneys' fees to a prevailing party shall be filed within twenty-eight (28) days of the date of entry of this Order. By operation of this Order and without further Court action, the dismissal in this case will convert to a dismissal with prejudice on the 29th day following the date of entry of this Order, absent a timely stipulation or motion for attorneys' fees, costs and expenses, or timely request for extension upon showing of good cause;
3. The Clerk of the Court is DIRECTED to terminate Defendant's Motion for Judgment (Doc. 33) having become moot in light of the parties' stipulated dismissal of the action; and
4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 6, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties failed to include with the stipulation, and failed to email to chambers, a proposed order, in violation of Local Rule 137 and 143. The Court directs the parties to refamiliarize themselves with and to comply with this Court's local rules, and in particular, the obligation to lodge with the Court proposed orders as required.